**No. 56280.**—Dan Brechner & Company v. United States, protest 177008–K (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56281.**—Empire Fashion Jewelry Co. and Thorens Co. v. United States, protests 177663–K and 173967–K (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.